IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| JESSICA OLDHAM, | ) Case No. 3:25-cv-00078-SMR-WPK |
| Plaintiff, | ) |
| | ) ORDER ON MOTION TO REVERSE |
| v. | ) AND REMAND |
| | ) |
| FRANK BISIGNANO, Commissioner of the Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

The Commissioner of the Social Security Administration moves to reverse and remand pursuant to sentence four of 42 U.S.C. § 405(g). Under that provision, a district court may enter judgment modifying or reversing the Commissioner's decision and may order a remand for further proceedings. The Commissioner contends that reversal and remand is warranted here. Plaintiff does not oppose. The motion is GRANTED. [ECF No. 14].

The Commissioner's decision is reversed and this case is remanded to the Social Security Administration for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). A remand under sentence four of Section 405(g) constitutes a final judgment that terminates the civil action. *See Shalala v. Schaefer*, 509 U.S. 292, 299–303 (1993). Judgment in this case shall be entered accordingly.

IT IS SO ORDERED.

Dated this 10th day of December, 2025.

_____
STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT